**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
**EASTERN DIVISION**

| | | |
|---|---|---|
| Dennis D. Pitman | ) | |
| | ) | |
| | ) | |
| Plaintiff(s), | ) | |
| | ) | |
| vs. | ) | Case No. 4:14cv1499 UNA |
| | ) | |
| | ) | |
| Ameristep Corporation et al. | ) | |
| | ) | |
| Defendant(s). | ) | |

## ORDER

The above styled and numbered case was filed on August 29, 2014.

After a review of the case, the Clerk's Office determined that the case was opened incorrectly. The case should have been assigned to the Northern Division.

Accordingly,

**IT IS HEREBY ORDERED** that the above styled case is transferred to the Northern Division and randomly assigned to the Honorable David D. Noce, United States Magistrate Judge, under cause number 2:14cv00085.

**IT IS FURTHER ORDERED** that cause number 4:14cv1499 UNA be administratively closed

Gregory J. Linhares
CLERK OF COURT

Dated:___9/2/14___                    By:_/s/ Katie Spurgeon, Deputy in Charge_

**In all future documents filed with the Court, please use the following case number 2:14cv00085 DDN.**